JS-6

JOHN E. PEER - State Bar No. 95978
jpeer@woollspeer.com
LISA DARLING-ALDERTON - State Bar No. 221738
lalderton@woollspeer.com
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Building
624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone:  (213) 629-1600
Facsimile:   (213) 629-1660

Attorneys for Plaintiff
PROCENTURY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROCENTURY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>MARTHA E. ROMERO, an individual; ROMERO LAW FIRM; CONTRA COSTA COUNTY; RIVERSIDE COUNTY; PLACER COUNTY; and SAN BERNARDINO COUNTY,<br><br>    Defendants. | Case No.: 5:14-cv-01158-VAP-SP<br><br>Assigned to the Hon. Virginia Phillips<br><br>**STIPULATION OF DISMISSAL OF CONTRA COSTA COUNTY WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that defendant CONTRA COSTA COUNTY be and hereby is dismissed with prejudice from the action pursuant to FRCP 41(a)(1)(A)(ii).

DATED: January 5, 2015        WOOLLS & PEER
                              A Professional Corporation

                              /s/ John E. Peer

                              ─────────────────────
                              JOHN E. PEER
                              Attorneys for Plaintiff
                              PROCENTURY INSURANCE COMPANY

1

[CASE NO.: 5:14-CV-01158-VAP-SP]
[STIPULATION RE DISMISSAL OF CONTRA COSTA COUNTY]

425457.1

| | |
|---|---|
| DATED: January 5, 2015 | PARKER MILLS LLP |
| | /s/ Justin D. Denlinger<br>(authority given by e-mail on 1/5/15) |
| | JUSTIN D. DENLINGER<br>Attorney for Defendants<br>MARTHA E. ROMERO and<br>ROMERO LAW FIRM |
| DATED: January 5, 2015 | BURKE WILLIAMS & SORENSEN LLP |
| | /s/ Charles E. Slyngstad<br>(authority given by e-mail on 1/5/15) |
| | CHARLES E. SLYNGSTAD<br>Attorney for Defendant<br>CONTRA COSTA COUNTY |
| DATED: January 5, 2015 | PLACER COUNTY COUNSEL'S OFFICE |
| | /s/ Clayton T. Cook<br>(authority given by e-mail on 1/5/15) |
| | CLAYTON T. COOK<br>Attorney for Defendant<br>PLACER COUNTY |

IT IS SO ORDERED.
DATED: 1/13/15

*[signature]*
UNITED STATES DISTRICT JUDGE