1  JOHN E. PEER - State Bar No. 95978
   jpeer@woollspeer.com
2  LISA DARLING-ALDERTON - State Bar No. 221738
   lalderton@woollspeer.com
3  **WOOLLS & PEER**
   A Professional Corporation
4  One Wilshire Building
   624 South Grand Avenue, 22nd Floor
5  Los Angeles, California 90017
   Telephone:  (213) 629-1600
6  Facsimile:   (213) 629-1660

7  Attorneys for Plaintiff PROCENTURY
   INSURANCE COMPANY
8

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROCENTURY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARTHA ROMERO, an individual; ROMERO LAW FIRM; CONTRA COSTA COUNTY; RIVERSIDE COUNTY; PLACER COUNTY; and SAN BERNARDINO COUNTY,<br><br>　　　　Defendants. | Case No.: 5:14-cv-01158-VAP-SP<br><br>Assigned to the Hon. Virginia Phillips<br><br>**STIPULATION RE DISMISSAL OF ENTIRE ACTION**<br><br>Filing Date:   June 6, 2014<br><br>Trial Date:    October 20, 2015 |

　　　Pursuant to Federal Rule of Civil Procedure 41(a) and (c), Plaintiff PROCENTURY INSURANCE COMPANY, and Defendants MARTHA ROMERO, an individual; ROMERO LAW FIRM; and PLACER COUNTY, through their counsel of record, hereby stipulate as follows:

　　　WHEREAS the parties have reached a settlement of all claims set forth in the Complaint;

　　　WHEREAS the parties have fully executed the settlement agreement and consideration therefore has been paid;

　　　WHEREAS the parties now wish to terminate this action with prejudice;

1  IT IS HEREBY STIPULATED that the above-captioned action be dismissed
2  with prejudice, each party to bear their own fees and costs for the prosecution and
3  defense of this action.

5  DATED: June 29, 2015                    Respectfully submitted,

6                                          WOOLLS & PEER
7                                          A Professional Corporation

8                                          /s/ John E. Peer

9                                          JOHN E. PEER
                                           LISA DARLING-ALDERTON
10                                         Attorneys for Plaintiff PROCENTURY
                                           INSURANCE COMPANY

13 DATED: June 29, 2015                    PARKER MILLS LLP

15                                         /s/ Justin D. Denlinger

16                                         DAVID B. PARKER
                                           JUSTIN D. DENLINGER
17                                         Attorneys for Defendants
                                           MARTHA E. ROMERO; and ROMERO
18                                         LAW FIRM

19 DATED: June 29, 2015                    PLACER COUNTY COUNSEL'S OFFICE

21                                         /s/ Clayton T. Cook

22                                         CLAYTON T. COOK
                                           Attorneys for Defendant
23                                         PLACER COUNTY

IT IS SO ORDERED.
DATED: 7/5/15

[signature]
UNITED STATES DISTRICT JUDGE